**STATE of Missouri, Respondent,**

v.

**Edward C. MITCHELL, Appellant.**

**No. WD 61631.**

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

John M. Schilmoeller, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Anne E. Edgington, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

**ORDER**

PER CURIAM.

Mr. Edward C. Mitchell appeals his conviction of assault in the first degree under section 565.050, RSMo 2000. He was charged as a prior and persistent offender. A jury convicted him of the lesser-included offense, assault in the second degree, under section 565.060, RSMo 2000. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).